# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION; PAUL ADAMS; JOHANNA KEOHANE; JONI LANEY; DAVID MORALES; MARIA OCEJA; BILLY VAUGHN; and TERRY VO. ) ) ) ) ) ) ) | |
| ) | No. 3:26-cv-832 |
| Plaintiffs, ) ) | |
| v. ) ) | Judge. Trauger |
| TENNESSEE HIGHWAY PATROL; TENNESSEE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; JEFF LONG, Commissioner of the Department of Safety and Homeland Security, in his official capacity; COL. MATT PERRY, Deputy Commissioner of the Department of Safety and Homeland Security, in his official capacity, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPSOND TO PLAINTIFFS' COMPLAINT

---

Defendants Tennessee Highway Patrol, Tennessee Department of Safety and Homeland Security, Commissioner Jeff Long, and Colonel Matt Perty respectfully move under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) for an extension of time up to and including July 16, 2026 to file

1