Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| **TENNESSEE IMMIGRANT AND** | ) | |
| **REFUGEE RIGHTS COALITION;** | ) | |
| **PAUL ADAMS; JOHANNA KEOHANE;** | ) | |
| **JONI LANEY; DAVID MORALES;** | ) | |
| **MARIA OCEJA; BILLY VAUGHN; and** | ) | |
| **TERRY VO.** | ) | |
| | ) | **No. 3:26-cv-832** |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Judge Trauger** |
| | ) | |
| **TENNESSEE HIGHWAY PATROL;** | ) | |
| **TENNESSEE DEPARTMENT OF** | ) | |
| **SAFETY AND HOMELAND** | ) | |
| **SECURITY; JEFF LONG, Commissioner** | ) | |
| **of the Department of Safety and Homeland** | ) | |
| **Security, in his official capacity; COL.** | ) | |
| **MATT PERRY, Deputy Commissioner of the** | ) | |
| **Department of Safety and Homeland Security,** | ) | |
| **in his official capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## UNOPPOSED MOTION FOR EXTENSION

Defendants Tennessee Highway Patrol, Tennessee Department of Safety and Homeland

Security, Commissioner Jeff Long, and Colonel Matt Perry respectfully move under Fed. R. Civ.

P. 6(b)(1) and Local Rule 6.01(a) for an extension up to and including fourteen days after any

hearing on Plaintiffs' motion for preliminary injunction—or, if no hearing occurs, up to and

including fourteen days after the Court's decision of Plaintiffs' motion for preliminary

1