Motion GRANTED.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **TENNESSEE IMMIGRANT AND** | ) | |
| **REFUGEE RIGHTS COALITION, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 3:26-cv-832** |
| **v.** | ) | **Judge Trauger** |
| | ) | |
| **TENNESSEE HIGHWAY PATROL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**MOTION FOR SUBSTITUTION OF COUNSEL**

---

Pursuant to Local Rule 83.01(h), undersigned counsel moves to substitute as counsel of record for Defendants, Tennessee Highway Patrol, Tennessee Department of Safety and Homeland Security, Commissioner Jeff Long, and Colonel Matt Perry, in place of David L. Wickenheiser. Undersigned counsel requests that she be notified of all pleadings, motions, orders, and correspondence in this matter.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Samantha P. Morris*
SAMANTHA P. MORRIS, BPR# 038178
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-4469
Samantha.Morris@ag.tn.gov
*Counsel for Defendants*