# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION; et al., <br><br> Plaintiffs, <br><br> v. <br><br> TENNESSEE HIGHWAY PATROL; et al., <br><br> Defendants. | No. 3:26-cv-832 <br> Judge Trauger |

## JOINT MOTION TO SET BRIEFING DEADLINES

The parties have agreed to jointly request that the Court set certain briefing deadlines with respect to the Plaintiffs' pending motion for a preliminary injunction.

The Plaintiffs' petition was filed in state court on May 10, 2026; the Defendants removed the case to this Court on June 18, essentially simultaneously with the Plaintiffs' filing of a motion for a temporary injunction; and the Plaintiffs subsequently filed the pending motion for a preliminary injunction in this Court on July 9, 2026. The Court, at the request of the parties, has scheduled a preliminary-injunction hearing for September 18, 2026. The parties respectfully propose that the Court order the Defendants to file their response to the preliminary-injunction motion on August 28, 2026, and that the Plaintiffs file any reply on September 4, 2026.

1

Respectfully submitted,

/s/ Michael C. Holley
Michael C. Holley
Tennessee Bar No. 021885
Spring Miller
Tennessee Bar No. 026485
Julio Colby
Tennessee Bar No. 042091
TENNESSEE IMMIGRANT & REFUGEE RIGHTS COALITION
3310 Ezell Road
Nashville, TN 37211
Phone: (615) 457-4768
mike@tnimmigrant.org
spring@tnimmigrant.org
julio@tnimmigrant.org


JONATHAN SKRMETTI
ATTORNEY GENERAL & REPORTER

/s/ Samantha P. Morris
SAMANTHA P. MORRIS, BPR# 038178
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-4469
Samantha.Morris@ag.tn.gov
*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system to John W. Ayers, Assistant Attorney General, Office of the Attorney General, P.O. Box 20207, Nashville, TN 37202.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY

2