Motion GRANTED. Briefing deadlines as suggested.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION; et al., <br><br> Plaintiffs, <br><br> v. <br><br> TENNESSEE HIGHWAY PATROL; et al., <br><br> Defendants. | No. 3:26-cv-832 <br> Judge Trauger |

## JOINT MOTION TO SET BRIEFING DEADLINES

The parties have agreed to jointly request that the Court set certain briefing deadlines with respect to the Plaintiffs' pending motion for a preliminary injunction.

The Plaintiffs' petition was filed in state court on May 10, 2026; the Defendants removed the case to this Court on June 18, essentially simultaneously with the Plaintiffs' filing of a motion for a temporary injunction; and the Plaintiffs subsequently filed the pending motion for a preliminary injunction in this Court on July 9, 2026. The Court, at the request of the parties, has scheduled a preliminary-injunction hearing for September 18, 2026. The parties respectfully propose that the Court order the Defendants to file their response to the preliminary-injunction motion on August 28, 2026, and that the Plaintiffs file any reply on September 4, 2026.

1