**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 3:26-cv-832<br>Judge Trauger |
| TENNESSEE HIGHWAY PATROL, ET AL., | ) | |
| Defendants. | ) | |

**ORDER**

Given the pendency of a Motion for Preliminary Injunction (Doc. No. 9), the initial case management conference scheduled for September 21, 2026 is CONTINUED, to be reset, if appropriate, by later order of the court.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE