**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION, ET AL., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 3:26-cv-832<br>Judge Trauger |
| TENNESSEE HIGHWAY PATROL, ET AL., | ) | |
| Defendants. | ) | |

**ORDER**

It is hereby ORDERED that the preliminary injunction hearing is RESET for Tuesday, September 22, 2026 at 9:30 a.m.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE