**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION *et al.*,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 3:26-cv-00832** **Judge Aleta A. Trauger** |
| **TENNESSEE HIGHWAY PATROL *et al.*,** | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Motion for Preliminary Injunction (Doc. No. 9) is **DENIED**.

The initial case management conference is **RESET** for **October 19, 2026** at **2:30 PM.**

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge