IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 3:26-cv-832**<br>**Judge Trauger** |
| **TENNESSEE HIGHWAY PATROL, et al.,** | ) | |
| **Defendants.** | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 6.01, Defendants respectfully request 21 additional days to respond to Plaintiffs' Complaint. Under Local Rule 6.01(a)(4)(B), Defendants' counsel conferred with Plaintiffs' counsel via email on October 2, 2026, regarding whether Plaintiffs intended to amend their complaint and on October 6, 2026, regarding this motion. Plaintiffs' counsel informed Defendants today that the Plaintiffs would only agree to a 7-day extension. Notwithstanding, Defendants request a 21-day extension of time to respond to the Complaint. The current deadline to respond to the Complaint is October 6, 2026. Defendants respectfully request that the deadline be extended to October 27, 2026.

Fed. R. Civ. P. 6(b) requires a party seeking an extension to show "good cause." Good cause exists to grant this motion. Defendants' counsel has encountered unexpected litigation emergencies that have required substantial time and effort, which have prevented Defendants' counsel from having the requisite time to adequately respond to the Complaint. Accordingly,

Defendants require additional time to investigate the allegations in the Complaint and to prepare an appropriate response.

## CONCLUSION

For these reasons, Defendants respectfully request a 21-day extension of time to respond to Plaintiffs' Complaint and that the responsive pleading deadline be extended from October 6, 2026, to October 27, 2026.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Samantha P. Morris*
SAMANTHA P. MORRIS, BPR# 038178
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
ANDREW D. DENNING, BPR# 042208
Constitutional Defense Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-4469
Samantha.Morris@ag.tn.gov
Andrew.Denning@ag.tn.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's electronic filing system on October 6, 2026, upon:

Julio Quiroz Colby
Tennessee Immigrant & Refugee Rights Coalition
3310 Ezell Rd
Nashville, TN 37211
281-389-0659
julio@tnimmigrant.org

Michael C Holley
The Law Office of Michael C. Holley
922 Main Street
Suite C-161
Nashville, TN 37206
615-457-4768
mholley@holleylegal.com

Spring A. Miller
Tennessee Immigrant and Refugee Rights Coalition
3310 Ezell Rd.
Nashville, TN 37211
615-609-9216
spring@tnimmigrant.org

*<u>/s/ Samantha P. Morris</u>*
SAMANTHA P. MORRIS
Assistant Attorney General