Motion GRANTED.
Extension to 10/27/2026. ICMC is reset for 11/2/2026 at 4:00 p.m.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 3:26-cv-832** <br> **Judge Trauger** |
| **TENNESSEE HIGHWAY PATROL, et al.,** | ) | |
| **Defendants.** | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6.01, Defendants respectfully request 21 additional days to respond to Plaintiffs' Complaint. Under Local Rule 6.01(a)(4)(B), Defendants' counsel conferred with Plaintiffs' counsel via email on October 2, 2026, regarding whether Plaintiffs intended to amend their complaint and on October 6, 2026, regarding this motion. Plaintiffs' counsel informed Defendants today that the Plaintiffs would only agree to a 7-day extension. Notwithstanding, Defendants request a 21-day extension of time to respond to the Complaint. The current deadline to respond to the Complaint is October 6, 2026. Defendants respectfully request that the deadline be extended to October 27, 2026.

Fed. R. Civ. P. 6(b) requires a party seeking an extension to show "good cause." Good cause exists to grant this motion. Defendants' counsel has encountered unexpected litigation emergencies that have required substantial time and effort, which have prevented Defendants' counsel from having the requisite time to adequately respond to the Complaint. Accordingly,