**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 3:26-cv-832** <br> **Judge Aleta A. Trauger** |
| **TENNESSEE HIGHWAY PATROL, et al.,** | ) | |
| **Defendants.** | ) | |

---

**DEFENDANTS' MOTION TO REMAND OR DISMISS**

---

Defendants Tennessee Highway Patrol, the Tennessee Department of Safety and Homeland Security, Commissioner Jeff Long, and Deputy Commissioner Colonel Matt Perry respectfully move to remand or dismiss this action. As further explained in the accompanying memorandum of law, Plaintiffs lack standing to bring the instant action and most of Plaintiffs' claims are barred by sovereign immunity. Thus, the case must be remanded for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(b)(1); 28 U.S.C. § 1447(c). But if the Court finds that it has jurisdiction over any claims, they should be dismissed with prejudice for failure to state a claim upon which relief may be granted. Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Andrew D. Denning*
ANDREW D. DENNING, BPR# 042208
Assistant Attorney General
Constitutional Defense Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 253-1103
Andrew.Denning@ag.tn.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's electronic filing system on October 27, 2026, upon:

Ian Andrew Mance
NYU School of Law
40 Washington Square S.
New York, NY 10012
ian.mance@nyu.edu

Julio Quiroz Colby
Spring A. Miller
Tennessee Immigrant & Refugee Rights Coalition
3310 Ezell Rd
Nashville, TN 37211
julio@tnimmigrant.org
spring@tnimmigrant.org

Maria R. Santangelo
Rascoe S. Dean
Sherrard Roe Voigt & Harbison, PLC
1600 West End Avenue
Suite 1750
Nashville, TN 37203
msantangelo@srvhlaw.com
rdean@srvhlaw.com

Michael C Holley
The Law Office of Michael C. Holley
922 Main Street
Suite C-161
Nashville, TN 37206
mholley@holleylegal.com

*/s/ Andrew D. Denning*
ANDREW D. DENNING
Assistant Attorney General