**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION, ET AL.<br>Plaintiffs, | ) | |
| v. | ) | Civil No. 3:26-cv-832<br>Judge Trauger |
| TENNESSEE HIGHWAY PATROL, ET AL.<br>Defendants. | ) | |

**ORDER CONCERNING UPCOMING**
**INITIAL CASE MANAGEMENT CONFERENCE**

The initial case management conference in this case is scheduled for November 2, 2026 at 4:00 P.M..

District Judge Aleta Trauger conducts her own initial case management conferences, and they are held **IN PERSON**, not by videoconference or telephone. Counsel is reminded that, as stated in the Notice setting the initial case management conference issued at the beginning of the case, **LEAD COUNSEL** for each party is required to attend the initial case management conference unless excused by order of the court.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE