**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| TENNESSEE IMMIGRANT AND REFUGEE RIGHTS COALITION, ET AL, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 3:26-cv-832<br>Judge Trauger |
| TENNESSEE HIGHWAY PATROL, ET AL, | ) | |
| Defendant. | ) | |

**ORDER**

Given the filing of a Motion to Dismiss (Doc. No. 45), it is hereby ORDERED that the initial case management conference scheduled for November 2, 2026 is CONTINUED, to be reset, if appropriate, following disposition of this motion.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE