Motion GRANTED.
Extension to 11/24/2026.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

TENNESSEE IMMIGRANT AND
REFUGEE RIGHTS COALITION; et al.,

Plaintiffs,

No. 3:26-cv-832
Judge Trauger

v.

TENNESSEE HIGHWAY PATROL; et al.,

Defendants.

**UNOPPOSED MOTION TO EXTEND DEADLINE TO AMEND COMPLAINT AS A MATTER OF COURSE**

Plaintiffs respectfully move pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 15(a)(1)(B) for a seven-day extension, from Tuesday, November 17, 2026, through Tuesday, November 24, 2026, of the deadline to amend their Complaint once as a matter of course.

Defendants filed their Motion to Dismiss on October 27, 2026. Plaintiffs thereafter moved for an extension of the deadline to respond to that motion (Doc. 50), explaining that additional time was needed to evaluate the arguments presented and determine whether to exercise their right to amend under Rule 15(a)(1)(B). The Court granted that request, extending Plaintiffs' deadline to respond to the Motion to Dismiss to November 24, 2026.

Following consultation among counsel, Plaintiffs have elected to amend their Complaint. The 21-day period under Rule 15(a)(1)(B) presently expires on November 17, 2026. Plaintiffs request a one-week extension of that period, to November 24, 2026, consistent with the response deadline previously established by the Court. Good cause exists to allow Plaintiffs sufficient time to prepare and file the amended pleading. This request is made in good faith and not for purposes